AO 109 (Rev. 08/09) Application for a Warrant to Seize Property Subject to Forfeiture

FILED ENTERED
LODGED RECEIVED

AUG 28 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                      DEPUTY

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington

CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Seizure of | ) |
| *(Briefly describe the property to be seized)* | ) |
| Up to $55,000 in U.S. funds from | ) |
| U.S. Bank, N.A. account 153568182189 * | ) |
| | ) |

Case No. 2:23-mc-00061-SKV

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the ___Western___ District of ___Washington___ is subject to forfeiture to the United States of America under ___18___ U.S.C. § § 981(a)(1)(C)* *(describe the property)*:

\* The funds held in the account are subject to seizure and criminal and civil forfeiture under 18 U.S.C. § 981(a)(1)(A), (C), § 982(a)(2), and 18 U.S.C. § 984 by way of 28 U.S.C. § 2461(c), as constituting or derived from proceeds of bank fraud in violation of 18 U.S.C. § 1344, and involved in money laundering in violation of 18 U.S.C. § 1956, § 1957.

The application is based on these facts:
Please see Attachment A, the supporting Affidavit of United States Postal Inspector Amy Kerkof in support of civil and criminal seizure warrants.

Pursuant to Fed. R. Crim. P. 4.1, this warrant is presented:☑ by reliable electronic means; or:☐ telephonically recorded.

Digitally signed by Amy J. Kerkof
Date: 2023.07.28 10:03:03 -07'00'

*Applicant's signature*

Amy Kerkof, United States Postal Inspector
*Printed name and title*

○ The foregoing affidavit was sworn to before me and signed in my presence, or
◉ The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date   July 28, 2023

*Judge's signature*

City and state:  Seattle, Washington

S. Kate Vaughan, U.S. Magistrate Judge
*Printed name and title*

USAO: 2023V00530

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>4019732-MF | Date and time warrant executed:<br>12:26 pm - 7/28/23 | Copy of warrant and inventory left with:<br>Mahmoud ABDeLaal |
| Inventory made in the presence of:<br>Joseph Stephenson | | |
| Inventory of the property taken:<br><br>$55,000 - check -<br>Cashier's check 3425533004 | | |

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _8/2/23_ <br><br>StateVaughan <br><br>_____<br>Executing officer's signature<br><br>Amy Reiter  Postal Inspector<br>Printed name and title |